PROB 12B
(7/93)

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 6 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Joshua A. Elkins | Case Number: 2:10CR00133-LRS-1 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: February 8, 2013 | Type of Supervision: Supervised Release |
| Original Offense: Failure to Register, 18 U.S.C. § 2250(a) | Date Supervision Commenced: October 30, 2014 |
| Original Sentence: Prison - 23 months<br>TSR - 36 months | Date Supervision Expires: October 29, 2017 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Upon release from the Bureau of Prisons, Mr. Elkins was taken into custody for a preexisting matter. Contact with Mr. Elkins suggests that the above-mentioned modification is appropriate. He is indigent and without means at this time. In an attempt to provide an appropriate environment for supervision purposes, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Prior to the above-mentioned arrest, Joshua Elkins was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Elkins has agreed to the proposed modification.

It is anticipated that Mr. Elkins will secure adequate housing and employment while residing at the RRC. If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

Respectfully submitted,

by    s/Tommy Rosser          11/05/2014

Tommy Rosser                  Date
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

11/6/14
Date