PROB 12C
(7/93)

Report Date: December 2, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC - 2 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua A. Elkins          Case Number: 2:10CR00133-LRS-1

Address of Offender: unknown

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 8, 2013

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 23 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 30, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 29, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Joshua Elkins violated the terms of his supervised release in Spokane, Washington, by failing to notify the supervising probation officer before changing his residence. On November 14, 2014, Joshua Elkins was arrested by the U.S. Marshals Service for a pre-existing matter in Snohomish County, Washington. Consequently, the offender was extradited to Snohomish County in order to resolve the noted matter.  The undersigned officer confirmed that Joshua Elkins was released from the Snohomish County Jail on or about November 24, 2014.  Currently, the offender's whereabouts are unknown.  He is considered an absconder from supervision. |
| 2 | **Special Condition # 20**: You shall reside in a residential reentry center (RRC) for a period of up to 120 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: Joshua Elkins violated the terms of his supervised release in Spokane, Washington, by failing to appear at the  residential reentry center (RRC) for |

placement as directed. On November 25, 2014, the offender left a voice mail on the undersigned officer's cell phone at approximately 12:37 a.m. The undersigned officer contacted Mr. Elkins at 1:50 a.m. on November 25, 2014. At that time, he was instructed to report to the RRC later that afternoon. Mr. Elkins failed to appear as directed. Currently, the offender's whereabouts and activities are unknown. He is considered an absconder from supervision.

3  **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Joshua Elkins violated the terms of his supervised release in Anacortes, Washington, by failing to notify his supervising probation officer after having contact with law enforcement. On December 1, 2014, the U.S. Probation Office received notice that the offender had been contacted in Skagit County, Washington, by law enforcement. The undersigned officer responded by establishing contact with Skagit County Sheriff's Office to confirm the offender's involvement.

It appears that the offender became involved in a domestic dispute which took place at his brother's residence. Specifically, the offender's brother and girlfriend became involved in a domestic dispute. Allegedly the offender and his brother discarded the girlfriend's items during the dispute. Joshua Elkins was not arrested at the time of the noted law enforcement contact. However, the offender has yet to make notice pursuant to the above-mentioned condition of supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/02/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/2/14
Date